NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SYLVESTER JOHNSON,                          )
                                            )
            Appellant,         )
                                            )
v.                                          )          Case No. 2D18-3562
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.          )
_____ )

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Sylvester Johnson, pro se.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.